IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS HERIBERTO RAMIREZ-SOTO,<br><br>Defendant. | CR 13–41–GF–DLC<br><br><br>ORDER |

United States Magistrate Judge Keith Strong entered Findings and Recommendation in this matter on June 20, 2013. Neither party objected and therefore they are not entitled to de novo review of the record. 28 U.S.C. § 636(b)(1); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Strong recommended this Court accept Jesus Heriberto Ramirez-Soto's guilty plea after Ramirez-Soto appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to one count of Conspiracy to Possess With Intent to Distribute Methamphetamine (Count I), as set forth in the Indictment.  In exchange for Defendant's plea, the United States has agreed to dismiss Counts II, III, and IV of the Indictment.

I find no clear error in Judge Strong's Findings and Recommendation (doc. 59), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS HEREBY ORDERED that Jesus Heriberto Ramirez-Soto's motion to change plea (doc. 46) is GRANTED.

DATED this 9th day of July 2013.


Dana L. Christensen, Chief District Judge
United States District Court

2